Decided May 28, 1992

LEO FEDUS AND SONS CONSTRUCTION COMPANY, INC.,
ET AL. *v.* ZONING BOARD OF APPEALS OF THE
TOWN AND BOROUGH OF COLCHESTER ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 27 Conn. App. 412, is
granted, limited to the following issues:

"1. Does the 'automatic approval' doctrine, applica-
ble to a zoning commission that fails to issue timely deci-
sions on site plan or subdivision applications under
General Statutes §§ 8-3 (g) and 8-26, also apply to a zon-
ing board of appeals that fails to hold a hearing on an
appeal under General Statutes § 8-7d (a)?

"2. Does the 'automatic approval' doctrine apply when the zoning board of appeals timely issues a decision that it would not hold a hearing because it believed it lacked jurisdiction?"

*Gregory T. D'Auria* and *Charles L. Howard,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided May 28, 1992